```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK IMPERATORE and DAUN IMPERATORE,  :
                                      :
              Plaintiffs,             :       04 Civ. 8921 (JSR)
                                      :
     -v-                              :       ORDER
                                      :
LEONARD Y. LEE, M.D., RICHARD         :
CARTLEDGE, M.D., ADVANCED CANNULA,    :
INC., WEILL MEDICAL COLLEGE OF        :
CORNELL UNIVERSITY, and NEW YORK-     :
PRESBYTERIAN HOSPITAL,                :
                                      :
              Defendants.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, <u>see</u> transcript, 7/15/05, the motion to dismiss by defendant Weill Medical College of Cornell University ("Cornell") is granted in full. Accordingly, Count 10 of the complaint (the only count to name Cornell) is dismissed with prejudice as to Cornell, which is dismissed from this case with prejudice.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 15, 2005



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-19-05